Marcus S. Bourassa (SBN 316125)
E: MBourassa@McKenzieScott.com
McKENZIE SCOTT, PC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 202-7461

*Attorney for Defendant*
*Cesar Agustine Marquez-Gomez*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CESAR AGUSTINE MARQUEZ-GOMEZ,<br><br>    Defendant. | Case No.: 3:25-cr-00317-BTM<br><br>**JOINT MOTION TO CONTINUE HEARING**<br><br>Date: March 10, 2025<br>Time: 2:00 p.m.<br>Courtroom: 15B<br><br>Hon. Barry Ted Moskowitz |

Defendant Cesar Marquez-Gomez, by and through his counsel, and the United States, by and through Assistant United States Attorney Thomas Sommer, jointly move to continue the Motion Hearing/Trial Setting presently set for March 10, 2025, to April 7, 2025, at 2:30 p.m., or as soon thereafter as the matter may be heard.

The parties agree that there is Good Cause to continue the hearing. The parties continue to meet and confer about discovery and notice of what evidence the Government may use at trial. Additionally, the parties anticipate that this matter will resolve with a plea (*see* ECF Nos. 14, 15). If the case does not resolve, the

1  defense would require the recordings of immigration proceedings, which have yet
2  to be produced and necessitate additional time for evaluation and preparation of
3  substantive motions.
4      Accordingly, time is appropriately excluded in the interests of justice as the
5  parties' continue to meet and confer as well as exchange discovery and await
6  immigration files and records before a motions hearing should proceed on its merits
7  and as the defense continues to evaluate prospective motions. 18 U.S.C. §
8  3161(h)(7)(A) & (B)(iv).
9      Respectfully submitted,

McKENZIE SCOTT, PC

Dated: March 6, 2025    By:    *s/Marcus S. Bourassa*
MARCUS S. BOURASSA
*Attorney for Defendant*
*Cesar Agustine Marquez-Gomez*

Dated: March 6, 2025    By:    *s/Thomas Sommer*[1]
THOMAS SOMMER
*Assistant United States Attorney*

---

[1] Counsel has received AUSA Sommer's permission to affix his electronic signature hereto.